SEALED



FILED
MAR 25 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:16-SW-170 KJN |
| US BANK CHECK NO. 3888508237 FOR $50,000.00 DATED JANUARY 9, 2015, MADE PAYABLE TO ABHIJIT PRASAD, | ORDER TO NEGOTIATE CHECKS |
| CHASE BANK CHECK NO. 9439615735 FOR $4,550.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD, | |
| CHASE BANK CHECK NO. 9037112846 FOR $4,796.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD, and | |
| WEST GATE BANK CHECK NO. 223067 FOR $8,323.00 FROM RAVI MAKKAPATI DATED DECEMBER 12, 2015, MADE PAYABLE TO ABHIJIT PRASAD, | |
| Defendants. | |

**ORDER**

For the reasons set forth in the United States' Application, the Court hereby grants the U.S. Marshals Service and/or U.S. State Department Diplomatic Security Service authority to negotiate the following checks by depositing them into their Asset Forfeiture suspense account:

    a.    West Gate Bank check no. 223067 for $8,323.00 from Ravi Makkapati dated December 12, 2015, made payable to Abhijit Prasad;

1

Order to Negotiate Checks

  b. US Bank check no. 3888508237 for $50,000.00 dated January 9, 2015, made payable to Abhijit Prasad;

  c. Chase Bank check no. 9439615735 for $4,550.00 from Jagdish Nargunde dated July 22, 2015, made payable to Abhijit Prasad; and

  d. Chase Bank check no. 9037112846 for $4,796.00 from Jagdish Nargunde dated July 22, 2015, made payable to Abhijit Prasad;

The U.S. Marshals Service shall maintain the resulting funds pending further Order of the Court.

**IT IS HEREBY ORDERED.**

Dated: March 25, 2016

_____
KENDALL J. NEWMAN
United States Magistrate Judge