Case 2:16-sw-00170-KJN   Document 7   Filed 12/27/16   Page 1 of 2

PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States



FILED
DEC 27 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF:<br><br>$130,000.00 IN U.S. CURRENCY,<br><br>$177,820.00 IN U.S. CURRENCY,<br><br>US BANK CHECK NO. 3888508237 FOR $50,000.00 DATED JANUARY 9, 2015, MADE PAYABLE TO ABHIJIT PRASAD,<br><br>CHASE BANK CHECK NO. 9439615735 FOR $4,550.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD,<br><br>CHASE BANK CHECK NO. 9037112846 FOR $4,796.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD, and<br><br>WEST GATE BANK CHECK NO. 223067 FOR $8,323.00 FROM RAVI MAKKAPATI DATED DECEMBER 12, 2015, MADE PAYABLE TO ABHIJIT PRASAD,<br><br>Defendants. | 2:16-SW-0165-KJN<br>2:16-SW-0166-KJN<br>2:16-SW-0167-KJN<br>2:16-SW-0168-KJN<br>2:16-SW-0169-KJN<br>2:16-SW-0170-KJN<br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
|---|---|

Upon application of the United States of America and good cause having been shown, IT IS

HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above captioned

///

///

1

Order Re: Request to Unseal Documents

1  proceedings be and are hereby unsealed.

2  Date: Dec 27, 2016

KENDALL J. NEWMAN
United States Magistrate Judge

2

Order Re: Request to Unseal Documents